# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1502

_____

Steven L. Hibshman,                           *
                                              *
              Appellant,                      *
                                              *   Appeal from the United States
    v.                                        *   District Court for the Eastern
                                              *   District of Arkansas.
Michael J. Astrue, Commissioner,              *
Social Security Administration,               *   [UNPUBLISHED]
                                              *
              Appellee.                       *

_____

Submitted:  June 5, 2009
Filed:  June 23, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Steven L. Hibshman appeals the district court's[1] order affirming the denial of supplemental security income and disability insurance benefits.  After careful review of the record, see Juszczyk v. Astrue, 542 F.3d 626, 631 (8th Cir. 2008) (standard of

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

review), we find no merit to Hibshman's arguments for reversal.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____